UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
STEPHEN IDE, *on behalf of himself and others similarly                  :
situated*,                                                               :
                                                                         :
                                                                         :     20-CV-3542 (JMF)
                              Plaintiff,                                 :
                                                                         :            ORDER
                                                                         :
            -v-                                                          :
                                                                         :
BRITISH AIRWAYS PLC,                                                     :
                                                                         :
                                                                         :
                              Defendant.                                 :
------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

      On July 24, 2020, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on June 1, 2020, ECF No. 21, Plaintiff shall file any amended complaint by **August 14, 2020**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss, any opposition shall be filed within four weeks, and any reply shall be filed within two weeks of any opposition.

      If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **August 21, 2020**, and Defendant shall file any reply by **September 16, 2020**. *See* ECF No. 21. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for August 4, 2020 is adjourned *sine die*.

      SO ORDERED.

Dated: July 27, 2020
      New York, New York
                                                              JESSE M. FURMAN
                                                           United States District Judge