UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STEPHEN IDE et al.,                                                :
:
                Plaintiffs,                  :      20-CV-3542 (JMF)
:
     -v-                                                          :      ORDER
:
BRITISH AIRWAYS PLC,                                               :
:
                Defendant.                   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 1, 2021, the parties filed a joint letter indicating their agreement that mediation before the assigned Magistrate Judge or the Court-annexed mediation program could be useful, but noting that Defendant was of the view that "mediation would be most beneficial after the completion of the named plaintiffs' depositions." ECF No. 71, at 1. The parties' letter further stated that Defendant planned to "tak[e] the depositions of the three named plaintiffs during September." *Id.* Accordingly, no later than **October 13, 2021,** the parties shall file another joint letter indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes.

       SO ORDERED.

Dated: October 6, 2021
       New York, New York
                                                       JESSE M. FURMAN
                                                   United States District Judge