Application GRANTED. The parties are directed to submit a status update, along with their proposed settlement approval schedule, by no later than **March 14, 2022**. The Clerk of Court is directed to terminate ECF No. 91. SO ORDERED.

February 14, 2022

February 11, 2022

***VIA ECF***

The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: *Stephen Ide, et al. v. British Airways, PLC (UK)*, 1:20-cv-03542-JMF
Mediation Update and Joint Request to Stay

Dear Judge Furman:

The plaintiffs and defendant British Airways Plc (collectively the "parties") jointly submit this letter to inform the Court that they engaged in an all-day mediation with the Honorable Diane M. Welsh (Ret.) on January 14, 2021 and have continued settlement negotiations since that time. As a result of those efforts, the parties have now reached an agreement in principle on key terms needed to resolve this case, subject to confirmatory discovery, and finalizing agreement on remaining terms, which the parties hope to conclude by early March, if not sooner.

In light of the progress made towards resolution and the impending April 29, 2022 discovery deadline, the parties respectfully request that the Court stay all further proceedings so that the parties can dedicate their resources to the continuing settlement discussions and confirmatory discovery.

The parties propose that they provide a further update to the Court by no later than March 14, 2022. In the event the parties are able to finalize their settlement, they anticipate submitting a schedule for settlement approval to the Court.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Adam E. Polk*

Adam E. Polk
Scott M. Grzenczyk
Tom Watts
**GIRARD SHARP LLP**

601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com

E. Michelle Drake
John G. Albanese
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net

Shanon J. Carson
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA 19103
scarson@bm.net
215-875-4656

*Attorneys for Plaintiffs*

*/s/ Keara M. Gordon*

Keara M. Gordon
Colleen Carey Gulliver
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501
keara.gordon@us.dlapiper.com
colleen.gulliver@us.dlapiper.com

Haley D. Torrey (*pro hac vice*)
DLA Piper LLP (US)
1650 Market Street Suit 5000
Philadelphia, PA 19103
Phone: (212) 656-3300
Facsimile: (212) 656-3301
haley.torrey@us.dlapiper.com

*Attorneys for Defendant British Airways Plc*