UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STEPHEN IDE et al.,                                               :
                                                Plaintiffs,                 :                    20-CV-3542 (JMF)
:
          -v-                                                 :                        ORDER
:
BRITISH AIRWAYS PLC,                                              :
:
                                                Defendant.                 :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of the anticipated motion for preliminary approval of the parties' settlement, the pretrial conference scheduled for May 10, 2022, is CANCELED.

      SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                                  JESSE M. FURMAN
                                                   United States District Judge