IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN IDE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS, PLC (UK),<br><br>Defendant. | Case No. 1:20-cv-03542-JMF<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY DETERMINATION REGARDING CLASS CERTIFICATION, AND APPROVAL OF NOTICE AND CLAIMS PLAN** |

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Stephen Ide, Karen Steele-Clarke, and Donald Dominique Jr. hereby move the Court to enter the proposed Preliminary Approval Order, which: (1) preliminarily approves the class action Settlement reached in the matter; (2) preliminarily certifies the Settlement Class; (3) appoints Plaintiffs Ide, Steele-Clarke, and Dominique as the Class Representatives; (4) appoints Shanon J. Carson and John G. Albanese of Berger Montague PC and Adam Polk, Scott Grzenczyk, and Tom Watts of Girard Sharp LLP as Co-Lead Counsel for the Settlement Class; (5) approves the proposed notice plan and issuance of notice to Settlement Class Members; (6) sets forth procedures for opting out of or objecting to the Settlement; (7); schedules a Final Approval Hearing to consider final approval of the Settlement.

In support of her Motion, Plaintiffs rely on the concurrently-filed Memorandum of Law in support thereof, the exhibits attached thereto, and the other filings and documents present in the record.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 20, 2022 | /s/ *Adam E. Polk*<br>Adam E. Polk<br>Scott Grzenczyk<br>Tom Watts<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>apolk@girardsharp.com<br>scottg@girardsharp.com<br>tomw@girardsharp.com<br><br>E. Michelle Drake<br>John G. Albanese<br>**BERGER MONTAGUE PC**<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel: (612) 594-5933<br>Fax: (612) 584-4470<br>emdrake@bm.net<br>jalbanese@bm.net<br><br>Shanon J. Carson<br>**BERGER MONTAGUE PC**<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>scarson@bm.net<br>215-875-4656<br><br>*Attorneys for Plaintiffs* |