IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN IDE, et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>BRITISH AIRWAYS, PLC (UK),<br><br>                Defendant. | Case No. 1:20-cv-03542-JMF<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFFS' MOTION FOR MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |

Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses and Service Awards (the "Fee Motion") came before the Court for hearing on November 14, 2022. The Court has considered the Motion and all other submissions and argument in connection and the Court having considered all other papers and proceedings in this matter, hereby finds, concludes, and Orders, as follows:

1. The Motion is granted. Plaintiff's Counsel are hereby awarded a total attorneys' fee in the amount of $1,260,000.

2. Plaintiff's Counsel are also awarded $16,250 in reimbursement of costs and expenses in prosecuting this litigation.

3. Plaintiffs Stephen Ide and Karen Steele-Clarke are awarded $5,000 each for their participation and contributions to this litigation and representation of and service to the Settlement Class.

4. There is no just reason for delay in the entry of this Order, and immediate entry of this Order by the Clerk of Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated this __18th__ day of __November__, 2022.

BY THE COURT:

_____
Jesse M. Furman
United States District Judge

The Clerk of Court is directed to terminate ECF No. 130.